Metzger (et al., Appellant), *v.* George Washington Memorial Park, Inc.

Argued November 19, 1954. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*Benjamin Ludlow,* with him *Duffy, McTighe & McElhone,* for appellant.

*H. James Sautter,* with him *Harold W. Spencer,* for appellee.

OPINION PER CURIAM, January 3, 1955:

The decree is affirmed on the opinion of President Judge KNIGHT, contained in his adjudication as chancellor and confirmed by the court en banc, reported in full at 70 Montgomery County Law Reporter, page 230 et seq.

Decree affirmed at appellant's costs.